UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROY L. MC COWN

         - AGAINST -

MICHAEL ASTRUE, Commissioner
Social Security Administration
-------------------------------------------------------------X

COPY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 23, 2008

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

06 Civ. 3981 DAB(KNF)

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

___ General Pretrial (includes scheduling,
discovery, non-dispositive pretrial motions,
and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

     If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all
purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for
limited purpose (e.g., dispositive motion,
preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

_X_ Dispositive Motion (i.e., motion requiring
a Report and Recommendation)

Particular Motion: Motion for Attorney
Fees Pursuant to 42 USC §406(b)

All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:     New York, New York
           May 23, 2008

Deborah A. Batts
United States District Judge